IN THE SUPREME COURT OF TEXAS

 No. 05-0178

 IN RE TOMMY L. GOFF

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's unopposed motion to stay, filed March 9, 2005, is
granted. All underlying proceedings are stayed in Cause No. 03-364,
styled Tommy Goff v. Clarendon National Insurance Company, Arthur H.
Anthony d/b/a Frontier Adjusters, North American Risk Services, Inc.,
Claimsco International, Inc., and Texas Insurance Claims Service, Inc., in
the 235th District Court of Cooke County, Texas, pending further order of
this Court.

 Done at the City of Austin, this March 28, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk